# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMELIA TJOKROWIDJOJO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-6564** |
| | : | |
| **KLEBER X. SAN LUCAS**, *et al.* | : | |

## ORDER

**AND NOW**, this 25th day of March 2021, upon considering Defendants' Motion for judgment on the pleadings (ECF Doc. No. 16), Plaintiff's Opposition (ECF Doc. No. 22), Defendants' Reply (ECF Doc. No. 23), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 16) is **DENIED** and the parties shall proceed consistent with our March 17, 2021 Order (ECF Doc. No. 21).

**KEARNEY, J.**