# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMELIA TJOKROWIDJOJO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-6564 |
| | : | |
| KLEBER X. SAN LUCAS, *et al.* | : | |

# **ORDER**

**AND NOW**, this 21st day of April 2021, upon considering Defendants' Motion to dismiss, for a more definitive statement, or to strike (ECF Doc. No. 31), studied review of the amended Complaint (ECF Doc. No. 30), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 31) is **DENIED** and they shall answer the amended Complaint no later than **May 5, 2021**.

_____
**KEARNEY, J.**